Notice of Appeal Criminal

CO-290
Rev. 3/88

## United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. ) Criminal No. 13-cr 143-RCL
)
JESUS IVAN QUEZADA PINA )
)

**NOTICE OF APPEAL**

13-CR-143 RCL

Name and address of appellant:

Name and address of appellant's attorney:
Elita C. Amato
2111 Wilson Blvd. 8th Floor
Arlington, VA 22201

Offense: Murder of an Officer or Employee of the United States

Concise statement of judgment or order, giving date, and any sentence:
Conviction to all counts after a jury trial, sentenced to life sentence on counts 1 and 4 (count 4 to run consecutive to all other counts), counts 2 and 3 a sentence of 240 months to run concurrently to each other. Judgment order signed 11/9/2017

Name and institution where now confined, if not on bail: DC Jail

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

____11/16/2017____    ____Jesus Pina / Elita C. Amato____
DATE                 APPELLANT

                     _____
                     ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE [ ]
CJA, NO FEE [✓]
PAID USDC FEE [ ]
PAID USCA FEE [ ]

Does counsel wish to appear on appeal?                              YES [✓]   NO [ ]
Has counsel ordered transcripts?                                    YES [✓]   NO [ ]
Is this appeal pursuant to the 1984 Sentencing Reform Act?          YES [ ]   NO [✓]